UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
THOMAS SALVADOR MARTINO,

    Debtor,
_____/

SAVANNAH CAPITAL, LLC,

    Appellant,

v.                                   Case No. 8:16-cv-2151-T-33
                                            Bankr. No. 8:14-bk-13452-KRM

THOMAS SALVADOR MARTINO,

    Appellee.
_____/

**ORDER**

This cause comes before the Court sua sponte. On September 7, 2016, the Court granted Appellee Thomas Salvador Martino's motion to consolidate (Doc. # 2) in case number 16-cv-2105 (the "**Appeal**"), which sought the consolidation of the Appeal with case number 16-cv-2151 (the "**Second-Filed Appeal**"). As the Court granted the motion to consolidate, it is now appropriate to administratively close the Second-Filed appeal.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Clerk is directed to **ADMINISTRATIVELY CLOSE** this Second-Filed Appeal.

(2) The parties are directed to make all future filings in the Appeal. To the extent that the parties wish for the Court to consider any materials filed in the Second-Filed Appeal, the parties are directed to re-file any such materials in the Appeal.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 7th day of September, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE